# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bacharach, Robert E. | Western District of Oklahoma | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

200 NW 4th Street
Room 1305
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 10th Circuit Vice President | National Federal Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association - National Office and Oklahoma City Chapter | 04/26/12 thru 04/28/12 | Arlington, VA | FBA Leadership Training | Reimbursement for Travel, Hotel and Meals |
| 2. | Federal Bar Association - National Office and Oklahoma City Chapter | 09/21/12 thru 09/23/12 | San Diego, CA | National Convention | Reimbursement for Travel, Hotel and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VANGUARD VARIABLE ANNUITY | | | | | | | | | |
| 2. - Vanguard Equity Index Portfolio | A | Int./Div. | K | T | | | | | |
| 3. - Vanguard Diversified Value Portfolio | A | Int./Div. | K | T | | | | | |
| 4. - Vanguard Growth Portfolio | A | Int./Div. | K | T | | | | | |
| 5. - Vanguard International Portfolio | A | Int./Div. | L | T | | | | | |
| 6. - Vanguard Mid-Cap Index Portfolio | A | Int./Div. | L | T | | | | | |
| 7. - Vanguard REIT Index Portfolio | A | Int./Div. | K | T | | | | | |
| 8. CHARLES SCHWAB & CO INC ( IRA-Roth) | | | | | | | | | |
| 9. - American Funds Europacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 10. - Columbia Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 11. - DFA Internationall Small Cap Portfolio | A | Int./Div. | J | T | | | | | |
| 12. - DFA US Large Company Portfolio | A | Int./Div. | J | T | | | | | |
| 13. - Longleaf Partners Fund | A | Int./Div. | J | T | | | | | |
| 14. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 15. - Weitz Value Fund | A | Int./Div. | K | T | | | | | |
| 16. CHARLES SCHWAB & CO INC (IRA-Roth) | | | | | | | | | |
| 17. - American Funds The Growth Fund of America | A | Int./Div. | | | Sold | 07/18/12 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DFA Emerging Markets Value Portfolio | B | Int./Div. | L | T | | | | | |
| 19. - DFA International Small Cap Portfolio | A | Int./Div. | K | T | | | | | |
| 20. - DFA US Large Company Portfolio | A | Int./Div. | K | T | | | | | |
| 21. - DFA US Small Cap Value Portfolio | D | Int./Div. | M | T | | | | | |
| 22. - Legg Mason Capital Management Value Trust | A | Int./Div. | J | T | | | | | |
| 23. - Schwab Fundamental International Large Comp Index Fund (X) | A | Int./Div. | J | T | Buy | 03/21/12 | J | | |
| 24. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 25. - Selected American Shares Fund | B | Int./Div. | K | T | | | | | |
| 26. - Vanguard Growth Index Signal (X) | A | Int./Div. | K | T | Buy | 07/19/12 | K | | |
| 27. - Weitz Value Fund | A | Int./Div. | K | T | | | | | |
| 28. CHARLES SCHWAB & CO INC (IRA-Rollover) | | | | | | | | | |
| 29. - DFA International Value Portfolio | B | Int./Div. | L | T | | | | | |
| 30. - DFA Real Estate Securities Fund | A | Int./Div. | K | T | | | | | |
| 31. - Dodge & Cox International Fund | A | Int./Div. | K | T | | | | | |
| 32. - Eaton Vance Floating-Rate Fund | A | Int./Div. | J | T | Sold (part) | 07/02/12 | J | A | |
| 33. - Invesco Equally Weighted S&P 500 Fund | B | Int./Div. | K | T | | | | | |
| 34. - Legg Mason Capital Mangement Value Trust | A | Int./Div. | K | T | Sold (part) | 03/20/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Loomis Sayles Bond Fund | B | Int./Div. | K | T | | | | | |
| 36. - Longleaf Partners Fund | D | Int./Div. | K | T | | | | | |
| 37. - Pimco Total Return Fund | B | Int./Div. | K | T | | | | | |
| 38. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 39. - Selected American Shares Fund | B | Int./Div. | K | T | | | | | |
| 40. - TCW Select Equities Fund | A | Int./Div. | K | T | | | | | |
| 41. - Transamerica WMC Diversified Growth Fund | A | Int./Div. | | | Sold | 07/18/12 | K | C | |
| 42. -Vanguard Growth Index Signal (X) | A | Int./Div. | L | T | Buy | 07/18/12 | L | | |
| 43. CHARLES SCHWAB & CO INC (IRA-Roth Conversion) | | | | | | | | | |
| 44. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 45. - DFA International Value Portfolio | A | Int./Div. | J | T | | | | | |
| 46. CHARLES SCHWAB & CO INC ▮ | | | | | | | | | |
| 47. - American Funds The Growth Fund of America | A | Int./Div. | | | Sold (part) | 03/20/12 | J | A | |
| 48. | | | | | Sold | 07/18/12 | J | C | |
| 49. - DFA International Small Cap Portfolio | B | Int./Div. | K | T | | | | | |
| 50. - DFA International Value Portfolio | A | Int./Div. | J | T | | | | | |
| 51. - DFA Tax Managed US Marketwide Value Portfolio | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - DFA US Large Company Portfolio | A | Int./Div. | K | T | | | | | |
| 53. - DFA US Small Cap Value Portfolio | C | Int./Div. | K | T | Sold (part) | 12/13/12 | J | A | |
| 54. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 55. - Vanguard Mid-Cap Value Index Fund | A | Int./Div. | K | T | | | | | |
| 56. - Vanguard Growth Index Signal Fund (X) | A | Int./Div. | J | T | Buy | 07/19/12 | J | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bacharach, Robert E. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert E. Bacharach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544